IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES A. JONES and Wife, MICHELLE JONES     PLAINTIFFS

VS.     CAUSE NO. 5:09cv11DCB-JMR

INTERNATIONAL PAPER COMPANY, ET AL.     DEFENDANTS

AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on for hearing upon the joint *ore tenus* motion of the parties that the same be fully and finally dismissed, with prejudice, and the Court, being advised that the parties have now concluded their settlement of this matter, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause should be and it is hereby fully and finally dismissed, with prejudice.

SO ORDERED AND ADJUDGED, this the 2nd day of December, 2009.


                                         s/David Bramlette
                                         UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:


/s/ Joseph A. LoCoco
ATTORNEY FOR PLAINTIFFS


/s/ Steven D. Orlansky
ATTORNEY FOR DEFENDANT
INTERNATIONAL PAPER COMPANY

1